DECKER, Respondent, v. DECKER, Appellant. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Kathryne B. Decker against Henry E. Decker. N. McGovern, of New York City, for appellant. E. S. Booth, of New York City, for respondent. No opinion. Order modified as stated in order, and, as modified, affirmed, without costs. Order filed.

DE FRISCO, Appellant, v. GOODMAN, Respondent. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Dominio De Frisco against Patrick Goodman. M. J. Joyce, of New York City, for appellant. J. B. Henney, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DEICHES v. WESTERN DEVELOPMENT CO. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Maurice Deiches, as receiver, etc., against the Western Development Company. No opinion. Motion for stay denied, with $10 costs. Order filed. See, also, 157 App. Div. 674, 142 N. Y. Supp. 932; 143 N. Y. Supp. 1113.

DEICHES v. WESTERN DEVELOPMENT CO. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Maurice Deiches, as receiver, etc., against the Western Development Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 143 N. Y. Supp. 1113.

DELABARRE v. SEES et al. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Action by Frances Freeland Delabarre against Anna S. Sees, individually, and as executrix, etc., and Maria L. Delabarre.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the final award of costs, on the ground that the proofs fall short of showing any undue influence by the appellant. Surmise and conjecture as to how the deceased came so violently to disagree with his brother do not sustain a verdict. A possibility that undue influence may have been used cannot justify setting aside a will upon that ground.

DE NYIRI, Respondent, v. WICKWIRE STEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by John De Nyiri, as administrator, etc., against the Wickwire Steel Company. No opinion. Judgment and order affirmed, with costs.

DERBYSHIRE, Respondent, v. KEYSTONE VARNISH CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 23, 1913.) Action by John Derbyshire against the Keystone Varnish Company. No opinion. Judgment and order unanimously affirmed, with costs. Appeal to Court of Appeals denied. 143 N. Y. Supp. 1113.

DERBYSHIRE, Respondent, v. KEYSTONE VARNISH CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by John Derbyshire against the Keystone Varnish Company. No opinion. On a careful re-examination of the record on appeal, we see no reason for a reargument, and the motion is therefore denied, without costs. Motion for leave to appeal to the Court of Appeals (from 143 N. Y. Supp. 1113) denied, without costs.

DICK, Appellant, v. INTERBORO RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by Jessie S. Dick against the Interboro Rapid Transit Company. W. C. Abercrombie, of New York City, for appellant. B. H. Ames, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DICKEY, Plaintiff, v. GORTNER, Defendant. (Supreme Court, Appellate Division, Second Department. October, 1913.) Action by Paul Dickey against Christopher A. Gortner.

PER CURIAM. Motion for leave to appeal to the Court of Appeals denied. The time to appeal has long since expired, and granting of leave would not extend the time. The granting of leave in a case of this character is not necessary in any event. See, also, 152 App. Div. 937, 137 N. Y. Supp. 1117.

CARR, J., taking no part.

DIEGL v. MERCANTILE WAREHOUSE CO. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Emma S. Diegl against the Mercantile Warehouse Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

DI MARCO, Respondent, v. BUFFALO & FT. E. FERRY & RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Sarah Di Marco against the Buffalo & Ft. Erie Ferry & Railway Company. No opinion. Motion for leave to appeal to Court of Appeals (from 156 App. Div. 924, 141 N. Y. Supp. 1116) denied, with $10 costs.

DI MARTINO, Respondent, v. WEISBECKER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Michele Di Martino, an infant, etc., against Francis A. Weisbecker, Sr., and others. No opinion. Judgment and order of the County Court of Kings County unanimously affirmed, with costs.

DOBEK v. AUSTRO-AMERICANA S. S. CO., Limited. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Ferdinand Dobek against the Austro-Americana Steamship Company, Limited. No

opinion. Motion to dismiss appeal denied. Order filed. See, also, 153 App. Div. 887, 138 N. Y. Supp. 1114.

DOELLINGER, Respondent, v. NEW YORK EVENING JOURNAL PUB. CO., Appellant. SAME v. STAR CO. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Actions by Alice Doellinger against the New York Evening Journal Publishing Company and against the Star Company. C. J. Shearn, of New York City, for appellants. R. Maggio, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

DRDA, Respondent, v. KOMANCEK et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Antoinette Drda against Joseph Komancek and other. No opinion. Order affirmed, with $10 costs and disbursements.

DREYER, Respondent, v. McCORMACK REAL ESTATE CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by William F. Dreyer against the McCormack Real Estate Company. PER CURIAM. Order affirmed, with costs. Appeal to Court of Appeals denied. 143 N. Y. Supp. 1114. THOMAS, J., dissents, on authority of O'Beirne v. Lloyd, 43 N. Y. 248.

DREYER, Respondent, v. McCORMACK REAL ESTATE Co., Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Action by William F. Dreyer against the McCormack Real Estate Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 143 N. Y. Supp. 1114) denied, without costs, on the ground that the Court of Appeals can only hear such an appeal on a stipulation for judgment absolute.

DRISCOLL, Respondent, v. CADILLAC HOTEL CO., Appellant. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Cornelius Driscoll against the Cadillac Hotel Company. G. M. Pinney, of New York City, for appellant. H. C. Smyth, of New York City, for respondent. PER CURIAM. Exceptions overruled, and judgment ordered on verdict. Settle order on notice. INGRAHAM, P. J., and CLARKE, J., dissent.

DRUMMOND, Respondent, v. DI PAOLO, Appellant. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Michael J. Drummond, as commissioner, against Frank Di Paolo. M. Wechsler, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DRUMMOND v. KUNSTLER. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Appeal from Special Term, New York County. Action by Michael J. Drummond, commissioner, etc., on complaint of Freda Friedman against Isidor Kunstler. From an order of filiation, defendant appeals. Reversed and dismissed. Julius Offenbach, of New York City, for appellant. Terence Farley, of New York City, for respondent. PER CURIAM. We think the finding of the court below was against the weight of evidence. The judgment is therefore reversed and the proceeding dismissed. LAUGHLIN and DOWLING, JJ., dissent, and vote for affirmance.

DUCAS v. LOONEN. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Appeal from Trial Term, New York County. Action by Benjamin P. Ducas against Robert Loonen. Judgment for defendant, and plaintiff appeals. Reversed, and new trial ordered. Walter N. Seligsberg, of New York City, for appellant. Harrie C. Manheim, of New York City, for respondent. PER CURIAM. We think that the evidence adduced by the plaintiff established a prima facie case, and it was error to dismiss the complaint. The letter of the attorney for the plaintiff, written after the commencement of the action, was incompetent to destroy the cause of action, and was improperly admitted, unless set up by way of supplemental pleading. Judgment reversed, and new trial ordered, with costs to appellant to abide the event. DOWLING, J., dissents.

DUCHARDT et al., Respondents, v. HUXLEY et al., Appellants. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Kate Duchardt and others against Kate Huxley and others. T. F. Kennedy, of New York City, for appellants. L. L. Kellogg, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

DUCKETT v. HOFFERBERTH. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Appeal by Alfred W. Duckett against Charles F. Hofferberth. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

DUKE v. AMERICAN MUSEUM OF NATURAL HISTORY. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Frank Duke against the American Museum of Natural History. No opinion. Motion denied, with $10 costs. Order filed. See, also, 157 App. Div. 637, 142 N. Y. Supp. 804.